# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY TROY FREEMAN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JOE A. LIZARRAGA,<br><br>　　　　　Respondent. | CASE NO. 2:16-cv-1182-GW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Denying Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: August 8, 2017

_____
GEORGE H. WU
U.S. DISTRICT JUDGE